JOHN A. GRAVINA
ATTORNEY AT LAW
3546 N. EUCLID AVE.
TUCSON, AZ  85719-1743
John.Gravina@Azbar.org
(520) 795-4330
FAX: (520) 881-7689
AZ STATE BAR NO. 013012
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| NATASCHA SCHAY SCHROEDER-NAVIN, individually,<br><br>  Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut corporation, and THE UNIVERSITY PHYSICIANS, INC. GROUP LONG TERM DISABILITY PLAN,<br><br>  Defendant. | No.:<br><br>**COMPLAINT** |

The above-named Plaintiff makes the following representations to this Court for the purpose of obtaining judicial review, based on the Employee Retirement Income Security Act ("ERISA"), of a final decision of Defendants' which is adverse to Plaintiff.

I

This Court's jurisdiction over the following causes of action derives from ERISA § 502(e)(1), 29 U.S.C. § 1132(e)(1).

II

Plaintiff is a resident of the City of Tucson, State of Arizona.

III

Plaintiff is a plan participant and has standing to sue under ERISA § 3(7), 29 U.S.C. § 1002(7).

IV

Plaintiff complains of a decision that adversely affects Plaintiff in whole or in part.  The decision has become the final decision of Defendants for purposes of judicial review.

IV

Plaintiff has exhausted all administrative remedies in this matter.

V

The decision denying the Plaintiff's claim is not in accordance with the law.

1. The decision was arbitrary and capricious:

    a. The decision was not supported by substantial evidence.

    b. The decision was in conflict with the plain language of the plan.

    c. The decision was not made in good faith.

    d. The plan administrator failed to consider relevant evidence.

    e. The administrator construed the plan according to standards not found in the plan documents

2. Defendants failed to afford Plaintiff a full and fair review as required under ERISA § 503.

WHEREFORE, Plaintiff prays:

1. That judgment be entered herein reversing the decision of Defendants or modifying the decision of Defendants in the following respects: That Plaintiff is entitled to long-term benefits under the plan.

2. That Plaintiff receives the benefits due under the plan.  ERISA § 502(a)(1)(B).

3. That Plaintiff recovers from Defendant the cost of this action. ERISA § 502(g).

4. That the Court grants such other and further relief as it may deem to be proper.

RESPECTFULLY SUBMITTED this __2nd___ day of _October_____, 2013.

*/s/ John A. Gravina*
John A. Gravina
Attorney for Plaintiff

ORIGINAL of the foregoing electronically filed this 2nd day of October , 2013:

UNITED STATES DISTRICT COURT

*/s/ John Gravina*
John Gravina

**JOHN A. GRAVINA**
Attorney at Law
3546 N. Euclid Ave.
Tucson, AZ 85719-1743
(520) 795-4330