Greg S. Como (013187) Greg.Como@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Attorneys for Hartford Life and Accident Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Natasha Schay Schroeder-Navin, individually<br><br>           Plaintiff,<br><br>      vs.<br><br>Hartford Life and Accident Insurance Company, a Connecticut corporation, and The University Physicians, Inc. Group Long Term Disability Plan,<br><br>           Defendant. | No. 13-cv-01295-DCB<br><br>**NOTICE OF SETTLEMENT** |

Defendant Hartford Life and Accident Insurance Company hereby notifies the Court that this matter has settled as to all parties. The parties anticipate filing a Stipulation for Dismissal with Prejudice and proposed Order within thirty days.

RESPECTFULLY SUBMITTED April 10, 2014.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Greg S. Como_____
   Greg S. Como
   Attorneys for Hartford Life and Accident
   Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2014, I electronically transmitted the foregoing **NOTICE OF SETTLEMENT** to the Clerk's office using the Court's CM/ECF System, and thereby served all counsel of record in this matter.

/s/ Kathleen Biondolillo_____

4811-9127-9386.1