1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Natasha Schay Schroeder-Navin, individually | No. 13-cv-01295-DCB |
| Plaintiff, | **ORDER RE DISMISSAL WITH PREJUDICE** |
| vs. | |
| Hartford Life and Accident Insurance Company, a Connecticut corporation, and The University  Physicians, Inc. Group Long Term Disability Plan, | |
| Defendant. | |

9

10

11

12

13

14

15

16      Pursuant to the parties' Stipulation for Dismissal with Prejudice, and good cause

17  appearing,

18      IT IS ORDERED that plaintiff's complaint is dismissed with prejudice, with each

19  party to bear their own attorneys' fees and costs.  This action is closed without the need for

20  a final judgment.

21

22      Dated this 28th day of April, 2014.

23

24

25

26

27              David C. Bury
                United States District Judge

28